IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | ) ) ) |
| Plaintiffs, | ) ) CASE NO. _____ ) |
| v. | ) DEMAND FOR JURY TRIAL ) ) |
| NEXT GENERATION, LOGISTICS, INC. | ) ) ) ) |
| Defendant. | ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited (collectively "ArrivalStar" or "Plaintiffs"), by and through their undersigned counsel, for their Complaint against Defendant, Next Generation Logistics, Inc., hereby allege as follows:

### NATURE OF LAWSUIT

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

### THE PARTIES

2. ArrivalStar S.A. is a corporation organized under the laws of Luxembourg, having offices at 67 Rue Michel, Welter L-2730, Luxembourg.

3. Melvino Technologies Limited is a corporation organized under the laws of the British Virgin Island of Tortola, having offices located at P.O. Box 3174, Palm Chambers, 197 Main Street, Road Town, Tortola, British Virgin Islands.

4. ArrivalStar owns all right, title and interest in, and has standing to sue for

infringement of United States Patent No. 6,714,859 ("the '859 patent"), entitled "System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle," issued March 30, 2004. A copy of the '859 patent is attached hereto as Exhibit 1.

5. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,748,320 ("the '320 patent"), entitled "Advance Notification Systems and Methods Utilizing a Computer Network," issued June 8, 2004. A copy of the '320 patent is attached hereto as Exhibit 2.

6. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,952,645 ("the '645 patent"), entitled "System and Method for Activation of an Advance Notification System for Monitoring and Reporting Status of Vehicle Travel," issued October 4, 2005. A copy of the '645 patent is attached hereto as Exhibit 3.

7. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,030,781 ("the '781 patent"), entitled "Notification System and Method that Informs a Party of Vehicle Delay," issued April 18, 2006. A copy of the '781 patent is attached hereto as Exhibit 4.

8. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,400,970 ("the '970 patent"), entitled "System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle," issued July 15, 2008. A copy of the '970 patent is attached hereto as Exhibit 5.

9. ArrivalStar owns all right, title and interest in, and has standing to sue

for infringement of United States Patent No. 6,486,801 ("the '801 patent"), entitled "Base Station Apparatus and Method for Monitoring Travel of a Motor Vehicle," issued November 26, 2002. A copy of the '801 patent is attached hereto as Exhibit 6.

10. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,904,359 ("the '359 patent"), entitled "Notification System and Method with User-Defineable Notifications Based Upon Occurrence of Events," issued June 7, 2005. A copy of the '359 patent is attached hereto as Exhibit 7.

11. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,317,060 ("the '060 patent"), entitled "Base Station System and Method for Monitoring Travel of Mobile Vehicles and Communicating Notification Messages," issued November 13, 2001. A copy of the '060 patent is attached hereto as Exhibit 8.

12. Defendant Next Generation Logistics, Inc. is a Delaware Corporation with a principal place of business located at 1611 Colonial Parkway, Inverness, Illinois. Next Generation Logistics, Inc. transacts business in Florida, and has, at a minimum, offered to provide and/or has provided in this Judicial District and throughout the State of Florida services to customers that infringe claims of the '859, '320, '645, '781, '359, '801, '060 and '970 patents.

13. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

**DEFENDANT'S ACTS OF PATENT INFRINGEMENT**

14. Defendant Next Generation Logistics, Inc. has infringed claims of the '859, '320, '645, '781, '359, '801, '060 and '970 patents through, among other activities, the use of its "NEXTrack System".

15. Defendant Next Generation Logistics, Inc. infringement, indirect infringement, inducement to infringe and/or contributory infringement has injured and will continue to injure ArrivalStar unless and until the Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the '859, '320, '645, '781, '359, '801, '060 and '970 patents.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully ask this Court to enter judgment against the Defendant and against its subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with it, granting the following relief:

A. An award of damages adequate to compensate Plaintiffs for the infringement that has occurred, together with prejudgment interest from the date that Defendant's infringement of the patents at issue began;

B. Increased damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and award to Plaintiffs their attorneys' fees and costs as provided by 35 U.S.C. § 285;

D. A permanent injunction prohibiting further infringement, inducement and/or contributory infringement of the patents at issue; and,

E. Such other and further relief as the Court or a jury may deem proper and just.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all issues presented in this Complaint.

Respectfully Submitted,

Dated: April 3, 2011

/s Jason P. Dollard
Jason P. Dollard, Esquire
Florida Bar Number: 0649821
Law Offices of Jason P. Dollard, PA
127 NE 2nd Avenue
Delray Beach, Florida 33444
Telephone: 561-819-5406
Facsimile: 561-819-5407
E-Mail: jdollard@jpdesq.com

ATTORNEY FOR PLAINTIFFS
ARRIVALSTAR S.A. & MELVINO
TECHNOLOGIES LIMITED